LACOMBE, Circuit Judge (orally). These old cannon undoubt-edly were manufactures of metal, and I concur in the opinion of the board of general appraisers that the mere circumstance that they have become obsolete, their structure remaining unchanged, will not take them out of the category of manufactured articles.

Decision affirmed.

## ROSSBACH et al. v. UNITED STATES.

(Circuit Court, S. D. New York. May 31, 1902.)

### No. 3,005.

1. CUSTOMS DUTIES—HIDES OF CATTLE.

Hides of the East Indian buffalo (a domesticated animal) are as-sessable as hides of cattle at 15 per cent., under paragraph 437 of the act of July, 1897, and are not entitled to free admission under paragraph 664.

Appeal by J. H. Rossbach & Bros. from a decision of the board of United States general appraisers, which affirmed the decision of the collector of customs at the port of New York.

The following is the opinion of the board of general appraisers:

The goods are the hides of the East Indian buffalo, a domesticated animal of the bovine species, not to be confounded with the bison of North America. They were assessed for duty as hides of cattle at 15 per cent., under paragraph 437 of the act of July, 1897, and are claimed to be entitled to free admission under paragraph 664. Lexicographers define cattle as "domesticated bovine animals" and the buffalo as a "bovine ruminant." We find that the hides in question are cattle hides, and affirm the assessment of duty.

W. Wickham Smith, for importers.
Charles D. Baker, Asst. U. S. Atty.

LACOMBE, Circuit Judge. The decision of the board of general appraisers is affirmed.

## THE EMMA C. KNOWLES.

(District Court, E. D. Pennsylvania. June 25, 1902.)

### No. 31.

1. SALVAGE—SALVING OF CAPSIZED DERELICT.

Two tugs awarded compensation for services rendered in salving a capsized schooner, which was a derelict, and her cargo.

In Admiralty. Suit in rem to recover for salvage services.

Francis C. Adler and John F. Lewis, for libelant.
Curtis Tilton, for respondent.

J. B. McPHERSON, District Judge. This case needs rather to be decided than to be discussed. I shall content myself, therefore, with stating the conclusions at which I have arrived after considering the testimony and the earnest arguments of counsel.

1. The case is one of salvage. The schooner was a capsized